414 A.2d 129

**Donald WOLFORD, Appellant,**

**v.**

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee.**

Supreme Court of Pennsylvania.

Argued April 17, 1980.

Decided May 16, 1980.

John S. Alexander, Louis M. Shucker, Reading, for appellant.

Daniel R. Schuckers, Gary J. Marini, Asst. Attys. Gen., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed, 35 Pa.Cmwlth. 43, 384 A.2d 1035.